# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                              **Criminal No. 2:02-cr-9**

**JAMIE WILLIAM SITES,**

      **Defendant.**

## ORDER/OPINION

On February 26, 2015, came Defendant, Jamie William Sites, in person and without counsel, and came the Government, by Assistant United States Attorney Stephen Warner, pursuant to a Petition for Warrant or Summons for Offender Under Supervision filed in this case on February 3, 2015, alleging Defendant violated conditions of his supervised release as follows:

1. <u>The defendant shall not commit another federal, state or local crime.</u>

2. <u>The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.</u>

After the undersigned advised Defendant of his right to a preliminary hearing, Defendant waived his preliminary hearing, conceding that probable cause existed to forward this revocation matter to Chief United States District Judge John Preston Bailey for hearing and disposition. Upon consideration of which, the Court finds there is probable cause to believe that the defendant violated conditions of his supervised release as alleged in the Petition for Warrant or Summons for Offender Under Supervision filed February 3, 2015. It is therefore **ORDERED** that Defendant be bound over for a full hearing before the Honorable John Preston Bailey, Chief United States District Judge for the Northern District of West Virginia, on the violations alleged in the Petition for Warrant or Summons for Offender Under Supervision dated February 3, 2015. The Government indicated that

it was not seeking detention pending further proceedings; accordingly, Defendant is **RELEASED** pursuant to his previously set conditions of supervised release pending further proceedings in this matter.

It is so **ORDERED**.

The Clerk of the Court is directed to send a copy of this order to counsel of record.

DATED:   March 2, 2015

*/s John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE